■ In the Matter of NEW YORK STATE URBAN DEVELOPMENT CORPORATION, Doing Business as EMPIRE STATE DEVELOPMENT CORPORATION, Respondent, to Acquire in Fee Simple Certain Real Property Currently Owned by Fallsite, LLC, and Known as: 232 Sixth Street, City of Niagara Falls, and Others, Together with All Compensable Interests Therein Currently Owned by Fallsite, LLC, et al., and Any Other Condemnees Who Are Currently Unknown. FALLSITE, LLC, et al., Appellants. [948 NYS2d 841]——Motion for reargument, reconsideration or leave to appeal to the Court of Appeals denied. Present—Centra, J.P., Peradotto, Lindley, Sconiers and Martoche, JJ.